IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION NO. 7:09-cv-00150-H

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, </br></br>Plaintiff, </br></br>vs. </br></br>SMITH BROS. TRUCK GARAGE, INC. d/b/a SMITH INTERNATIONAL TRUCK CENTER, </br></br>Defendant. | **ORDER** |

This matter, coming on to be heard before the Court upon Motion of Defendant, Smith Bros. Truck Garage, Inc. d/b/a Smith International Truck Center (hereinafter "Smith International") pursuant to F.R.C.P. Rule 79.2, that previously subpoenaed records of complaining witness, Stephen Kerns, which have been produced to the Court under seal from Southeastern Regional Medical Center be placed in the record under seal and the Court, after having considered the Motion, is of the opinion that the Motion should be allowed;

IT IS THEREFORE ORDERED that the records mailed to the clerk's office, under seal, from Southeastern Regional Medical Center, be filed with the Court under seal for later consideration by the Court and rulings in accordance with the pending Motion to Compel filed by the Defendant.

This the 4th day of November, 2010.

HONORABLE DAVID W. DANIEL
Magistrate Judge